UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY SEAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18 CV 649 RWS |
| | ) |
| PARKER-HANNIFIN CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER OF DISMISSAL**

This newly-reassigned case is before me on my review of the file. Defendant Verna Sullentrup filed a motion to dismiss on April 23, 2018. Plaintiff has failed to file an opposition, and his time for doing so has expired. Accordingly,

**IT IS HEREBY ORDERED** that the unopposed motion to dismiss [5] is granted, and plaintiff's claims against Verna Sullentrup are dismissed. This case will be set for a Rule 16 conference by separate Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2018.